**Dominic T. CHECHILE, Petitioner,**

v.

**DEPARTMENT OF AGRICULTURE, Respondent.**

No. 04–3149.

United States Court of Appeals, Federal Circuit.

March 30, 2004.

Steven J. Abelson, Brian M. Simkin, David M. Cohen, Washington, DC, for Respondent.

Dominic T. Chechile, Winter Haven, FL, for Petitioner.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**THE RYAN COMPANY, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**D.C.I. Danaco Contractors, Inc., Defendant–Appellee.**

No. 02–5071.

United States Court of Appeals, Federal Circuit.

April 1, 2004.

Michael H. Payne, Principal Attorney, Starfield & Payne, Fort Washington, PA, Brian S. Smith, Principal Attorney, Department of Justice, Washington, DC, for Defendant-Appellee.

Timothy F. Brown, Principal Attorney, Arent, Fox, Barbara G. Werther, Thelen, Reid, of counsel, Washington, DC, for Plaintiff-Appellant.

ON MOTION

*ORDER*

Upon consideration of The Ryan Company's unopposed motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.